FILED
August 13, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

CAUSE NO: 03-14-00665-CV

| | | |
|---|---|---|
| DRAKE | § | THIRD COURT OF APPEALS |
| | § | |
| *Appellant* | § | |
| VS | § | |
| | § | |
| KASTL ET AL | § | AUSTIN, TEXAS |
| *Defendants* | | |

RECEIVED
AUG 1 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## APPELLANT'S MOTION TO RECUSE AND DISQUALIFY JUSTICES JEFF ROSE, DAVID PURYEAR, AND MELISSA GOODWIN AND REQUESTS FOR RECONSIDERATION FOR ORAL ARGUMENTS IN THE ABOVE NUMBERED APPEAL

TO HONORABLE SAID JUSTICES:

COMES NOW, Appellant, Eric Drake and respectfully requests that Justices **Jeff Rose**, **David Puryear**, and **Melissa Goodwin** of this Court, recuse themselves from the above causes.

1.     Appellant files this motion at least ten days before this case is set for an oral argument, decision on submission, or a hearing of any kind.

2.     It is Appellant's opinion that he cannot obtain a fair and non-partial judgment or hearing from Justices Jeff Rose. At one time he was an assistant Attorney General. The majority of the assistant Attorney Generals has been corrupt that the Plaintiff has had any dealings with in the past. Thus

1

the Plaintiff does not believe he can trust Justice Rose not to be bias towards him, because an attorney general has committed a felony crime in declaring the Plaintiff as a vexatious litigant connection with the above appeal.

3.     Plaintiff also objects to and recuses Justice Melissa Goodwin, because the Plaintiff pled in his brief about the corruption in the Travis County District court. Plaintiff believes that it is reasonable that Justice Goodwin have white friend judges who are presiding at the Travis County civil district court—thus, she may be reasonably bias towards the Plaintiff.

4.     Finally, the Plaintiff also objects to and recuses Justice David Puryear, because he at one time was an assistant Attorney General and it would be reasonable that he would be bias towards the Plaintiff, and because an attorney general has committed a felony crime in declaring the Plaintiff as a vexatious litigant. The Plaintiff objects to these judges having any part in the above entitled, styled, and numbered cause of action..

5.     The due process clauses of both the Texas and the United States Constitutions guarantee a party an impartial and disinterested tribunal in civil cases. *Metzger v. Sebek*, 892 S.W.2d 20, 37-38.

6.     Appellant see's no possible chance in having a fair opportunity to have his cases reviewed by the justices named herein on an impartial

basis. The Court has denied oral arguments and the Plaintiff objects and requests for it to reconsider. Plaintiff believes that the Court has denied oral arguments because of the Appellant's race, African-American and because he is not a lawyer.

7. Therefore, Justices Jeff Rose, Justice Melissa Goodwin, and Justice David Puryear should be recused from hearing or acting on any parts of the above causes of actions, because of the possibility of impartiality is highly improbable. Appellant does not believe he is capable of obtaining a fair judgment from any of the justices listed herein. *In re M.C.M.*, 57 S.w.3d 27, 33 (Tex. App—Houston [1st Dist.] 2001, pet. Denied).

8. In addition, Appellant will be deprived of a fair trial in violation of the due process clauses of both the state and federal constitutional rights because Justices Jeff Rose, Justice Melissa Goodwin, and Justice David Puryear *impartiality might reasonably be questioned. Woodruff v. Wright*, 51 S.W.3d 727, 735-36 (Tex. App.-Texarkana 2001).

9. The inquiry the court must make is whether a reasonable member of the public, knowing all the facts in the public domain, would have a reasonable doubt that Jeff Rose, Justice Melissa Goodwin, and Justice David Puryear is actually impartial. *Sears v. Olivarez*, 28 S.W.3d 611, 613.

3

10.   Appellant wishes to disqualify those justices who he has named in the motion to recuse and further litigation will be filed against them.

11.   Therefore, Appellant Eric Drake respectfully requests that Justices Jeff Rose, Justice Melissa Goodwin, and Justice David Puryear be recused from this appeal and disqualify themselves from the above entitled, numbered and styled causes of actions.

Respectfully submitted,

_____
Eric Drake
PO Box 833688
Richardson, Texas  75083
214-477-9288

## CERTIFICATION OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing document has been delivered to the opposing attorneys of record via US Mail or *Hand Delivered* on this the _____12th_____ day of August 2015.

_____
Eric Drake

4

# VERIFICATION

STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, the undersigned Notary Public personally appeared, Eric Drake *pro se*, who being by me duly sworn upon oath deposed and said that he is the Petitioner in the above entitled and numbered cause; that he has read the above and foregoing motion; and that every statement contained herein is within his personal knowledge, true and correct.

_____
Eric Drake

Subscribed and sworn to before me on the 3rd _____ day of August, 2015, to certify which witness and official seal.



GENETTE WHEELER
My Commission Expires
February 25, 2018

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

My Commission Expires:_____Feb. 25, 2018_____

## CERTIFICATION OF CONFERENCE

Appellant attempted to conference with counsel representing the Appellee regarding this motion. However, the Appellees counsel has been constantly ignorant and will not respond to the Appellant's requests to conference on account of his race, African-American or black.

_____
Eric Drake